UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAITLYN BROWER DRESSMAN,

        Plaintiff,

        v.

MCLAREN HEALTHCARE CORP.,
*et al.*,

        Defendants.

Case No. 2:23-cv-12985
Hon. Gershwin A. Drain

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION [ECF No. 10] AND DISMISSING CASE

This matter is before the Court on Magistrate Judge Anthony P. Patti's Report and Recommendation, which recommends that the Court dismiss the case *sua sponte* due to Plaintiff Kaitlyn Brower Dressman's failure to serve any Defendant within the time allotted under Federal Rule of Civil Procedure 4(m). Notably, on March 25, 2025, Magistrate Judge Patti ordered Plaintiff to show cause by April 16, 2025 why the case should not be dismissed for Plaintiff's failure to abide by Rule 4(m), and Plaintiff failed to respond. Because of Plaintiff's failure to serve Defendants and her failure to show cause, Magistrate Judge Patti concluded that the Court should dismiss Plaintiff's claims without prejudice.

1

Plaintiff failed to file any objections to Magistrate Judge Patti's Report and Recommendation within the time allotted for objections. *See* Fed. R. Civ. P. 72(b)(2).

Upon review of the docket and Magistrate Judge Patti's Report and Recommendation, the Court concludes that Magistrate Judge Patti reached the correct conclusion. Therefore, the Court hereby **ACCEPTS** and **ADOPTS** Magistrate Judge Patti's April 22, 2025 Report and Recommendation [ECF No. 10] as this Court's findings of fact and conclusions of law.

Plaintiff's case is thus **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED.**

Dated: May 15, 2025

/s/Gershwin A. Drain
GERSHWIN A. DRAIN
United States District Judge